**Order filed July 17, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00009-CR

_____

**ADALBERTO MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 71837**

## ORDER

Appellant is represented by appointed counsel, Faye Gordon. Appellant's brief was originally due May 12, 2014**.** We have granted a total of 90 days extension of time to file appellant's brief until August 12, 2014. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. On July 11, 2014, counsel filed a further request for 120 days to file appellant's brief.

We grant the request for extension in part and issue the following order.

Accordingly, we order Faye Gordon to file a brief with the clerk of this Court on or before September 25, 2014. If counsel does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Christopher, Jamison and McCally